UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAYEVERN CASEY,

        NO. CIV. S-08-2758 LKK/DAD

    Plaintiff,

  v.                        O R D E R

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

_____/

    Good cause appearing and in accordance with Local Rules 3-120(d) and (f), this action is hereby TRANSFERRED to this court's Fresno division. The Clerk is directed to take all necessary action to transfer the case to the Fresno division. The scheduling conference currently set for February 23, 2009 is VACATED.

    IT IS SO ORDERED.

    DATED: November 24, 2008.

                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

1